UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERRY HUDSON,

    Plaintiff,

v.

MICHAEL CHERTOFF, *et al.*,

    Defendants.

No. C05-01735RSL

ORDER DENYING MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

This matter comes before the Court on plaintiff's "Motion for Leave to File Supplemental Authority" (Dkt. #29). Though the motion is noted for August 10, 2007, the Court has already entered an order granting defendants' motion to dismiss and for summary judgment. See Dkt. #31. Plaintiff's motion is therefore DENIED as moot.[1]

DATED this 9th day of August, 2007.

*[signature]*

Robert S. Lasnik
United States District Judge

---

[1] Even if plaintiff's motion was not moot, the Court notes that it was filed nearly three months after the filing of plaintiff's original response and plaintiff does not argue that this new material was unavailable to him prior to filing his original response. It is therefore unlikely that the Court would have granted such a motion even if it was noted prior to the Court issuing its opinion. Nor does the Court believe the supplemental material would have had any material bearing on the outcome of the case.